CARLIE CHRISTENSEN, Acting United States Attorney (#633)
J. DREW YEATES, Assistant United States Attorney (#9811)
Attorneys for the United States of America
185 South State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone:  (801) 524-5682 • Facsimile:  (801) 524-6924
e-mail: drew.yeates@usdoj.gov

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:09-cr-00747 TS |
| Plaintiff, | : | **DISMISSAL OF INDICTMENT** |
| vs. | : | |
| CHRISTOPHER NEIL MARTIN, | : | |
| Defendant. | : | Judge Ted Stewart |

---

Based upon leave granted by the Honorable Judge Ted Stewart in an order dated March 2, 2010, the United States, by and through the undersigned Assistant United States Attorney, hereby dismisses the above-referenced indictment.

CARLIE CHRISTENSEN
Acting United States Attorney


 s/ J. Drew Yeates
J. DREW YEATES
Assistant United States Attorney